UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM T. HOLLIDAY,

    Plaintiff,

v.                                    Case No. 3:15cv126/MCR/CJK

THE CITY OF DETROIT, et al.,

    Defendants.
_____/

# O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 27, 2015 (doc. 4), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing any timely objections to the Report and Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 4) is adopted and incorporated by reference in this order.

2. Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DENIED.

3. This action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g).

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 28th day of April, 2015.

                                            s/ *M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**